DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARIO HERNANDEZ-GARCIA,

    Defendants.

Case No.: 12-cr-392 JAM

NOTICE OF REQUEST AND REQUEST
TO SEAL DOCUMENT
AND ORDER

TO: THE HONORABLE JOHN A. MENDEZ, UNITED STATES DISTRICT COURT JUDGE:

    Defendant, Mario Hernandez-Garcia, by his court-appointed attorney, Dwight M. Samuel, hereby request for an order permitting counsel to file a psychiatric evaluation of defendant conducted by Dr. Christopher Heard <u>under seal</u>.

    The psychiatric evaluation contains personal information and private material concerning Mario Hernandez-Garcia's mental state and should not be filed in the public record. It is for this reason that counsel requests that the Sentencing Memorandum be filed under seal.

//

//

1

The United States Attorney will be permitted to have access to this document.

Dated: September 12, 2013

                                          Respectfully submitted,

                                          */s/ Dwight M. Samuel*
                                          Dwight M Samuel
                                          Attorney for Defendant
                                          MARIO HERNANDEZ-GARCIA

## **ORDER**

Good cause appearing,

IT IS SO ORDERED that the psychiatric evaluation be filed under seal.

DATED: 9/13/2013

                                          /s/ John A. Mendez
                                          Judge John A. Mendez
                                          United States District Court Judge