DWIGHT M. SAMUEL  CA BAR #054486
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193, DwightSamuelAtty@Yahoo.com

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v<br><br>MARIO HERNANDEZ-GARCIA,<br><br>    Defendant. | No.:12-CR-392 JAM<br><br>STIPULATION AND ORDER REGARDING COMPETENCY |

  It is hereby stipulated between defendant Mario Hernandez-Garcia through his undersigned counsel Dwight M. Samuel, and the Assistant United States Attorney, Jill Thomas, that after being provided a copy of Dr. Christopher Heard's report:

  1. Dr. Heard's report supports defense counsel's doubt as to the competency of his client and;

  2. Dr. Heard's report may be used in place of the normal court ordered report if the court so chooses;

  3. It is further stipulated that Dr. Heard's report meets the requirements set forth in 18 U.S.C. § 4247(c).

//

//

//

So stipulated,

Dated: September 10, 2013             */s/ Dwight M. Samuel*
Dwight M Samuel
Attorney for Defendant
MARIO HERNANDEZ-GARCIA

Dated: September 10, 2013             */s/*
Assistant U.S. Attorney
Jill Thomas

IT IS SO ORDERED.

DATED: 9/13/2013             /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge